Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax: (510) 266-5589

FILED SEP 2 5 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RECEIVED OCT - 1 2009
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: KEVIN LOUIS WEEKS

Debtor(s)

Case No: 08-43515 RN 13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $.33 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 08-43515 RN 13 | KEVIN LOUIS WEEKS<br>5504 ARIZONA DRIVE<br>CONCORD, CA 94521 | $ DEBTOR | $ .33 |

Total Unclaimed Dividends      $ .33

Dated: September 22, 2009

_Martha G Bronitsky_
Martha G. Bronitsky, Chapter 13 Trustee